# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

SHEMAN REDD BERNARD          CIVIL ACTION NO. 6:20-cv-01419

VERSUS          JUDGE JUNEAU

COMMISSIONER OF THE SOCIAL      MAGISTRATE JUDGE HANNA
SECURITY ADMINISTRATION

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to reevaluate the claimant's residual functional capacity as of the alleged disability

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).

onset date of May 27, 2009 and thereafter.  The claimant should be afforded the

opportunity to submit updated medical evidence and to testify at another hearing.

Signed at Lafayette, Louisiana, this 25th day of October 2021.

_____

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE